IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Syed Babar Ali; Gul Rashid; And All Others Similarly Situated, Plaintiffs, <br><br> v. <br><br> Circle T Quick Stop, Inc. d/b/a Circle T. Quick Stop; Riz Enterprises, Inc. d/b/a Jack Grocery #4; Little Star, Inc. d/b/a T & T Food Mart; PKG Enterprises, Inc.; Karim Sunesara; and Piyar Ali, Defendants. | CIVIL ACTION <br> FILE NO. 4:11-CV-01459 <br><br> JURY DEMANDED |

## ORDER

Plaintiffs Syed Babar Ali and Gul Rashid's Amended Motion for Entry of Final Judgment and Motion for Award of Attorney's Fees, Taxable Costs of Court, and Post-Judgment Interest is GRANTED.

SIGNED at Houston, Texas this 22nd day of May, 2013.

_____
Honorable Vanessa D. Gilmore
United States District Judge